**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   EILEEN SWANSON,

10          Plaintiff,                          No.  C 11-00971 JSW

11   v.                                         **ORDER TO SHOW CAUSE**

12   GMR MARKETING LLC,

13          Defendants.

                                            /

14

15          On April 1, 2011, Plaintiff filed a Motion to Remand.  Under this Court's Standing

16   Order ¶ 6, with the exceptions of motions for summary judgment, all briefs in support of,

17   opposition to, or replies to motions shall not exceed fifteen pages.  Plaintiff's Motion for

18   Remand is twenty-pages, and Plaintiff did not seek leave of court to file additional pages.

19          Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the additional

20   pages are necessary by no later than April 8, 2011.  If the Court permits the excess pages, the

21   Court shall grant Defendants additional pages to oppose Plaintiff's motion.  However,

22   Plaintiff's reply shall be limited to fifteen pages.

23          **IT IS SO ORDERED.**

24

25   Dated: April 4, 2011                       _____
                                                JEFFREY S. WHITE
26                                              UNITED STATES DISTRICT JUDGE

27

28