**United States District Court**
For the Northern District of California

1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT
7
8             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   EILEEN SWANSON,
10              Plaintiff,                    No.  C 11-00971 JSW
11        v.                                  **ORDER DISCHARGING ORDER**
                                              **TO SHOW CAUSE**
12   GMR MARKETING LLC,
13              Defendants.
                                        /
14
15        The Court has received and considered Plaintiff's Response to the Order to Show Cause
16   dated April 4, 2001.  The Court shall accept Plaintiff's oversized brief.  Defendants may have
17   an equivalent number of pages in their opposition brief.  Plaintiff's reply shall be limited to
18   fifteen pages.
19        **IT IS SO ORDERED.**
20
21   Dated: April 12, 2011                    _____
22                                            JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28